B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re: **William Fosth, Collette Fosth**, Debtors

Case No. **09-26748**
Chapter **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 157,640.00 | | |
| B - Personal Property | Yes | 3 | 42,835.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 393,202.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 58,506.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,418.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,934.00 |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 200,475.00 | | |
| Total Liabilities | | | | 451,708.85 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re: **William Fosth, Collette Fosth**, Debtors

Case No. **09-26748**
Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,418.00 |
| Average Expenses (from Schedule J, Line 18) | 3,934.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,901.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 237,802.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 58,506.85 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 296,308.85 |

B6F (Official Form 6F) (12/07)

In re **William Fosth,**
     **Collette Fosth**
                                                                      Case No. **09-26748**
_____,
                              Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5584180011413971**<br>**Advanta Bank Corp**<br>**Po Box 844**<br>**Spring House, PA 19477** | | W | **Opened 2/21/07 Last Active 11/01/08**<br>**BusinessCreditCard** | | | | **3,221.00** |
| Account No. **174630002**<br>**Allied Collection Serv (Original Cr**<br>**3080 S Durango Dr Ste 20**<br>**Las Vegas, NV 89117** | | W | **Opened 12/04/08 Last Active 1/01/09**<br>**Collection Medical District Surgery Cente** | | | | **461.00** |
| Account No. **174630001**<br>**Allied Collection Serv (Original Cr**<br>**3080 S Durango Dr Ste 20**<br>**Las Vegas, NV 89117** | | W | **Opened 12/04/08 Last Active 1/01/09**<br>**Collection Medical District Surgery Cente** | | | | **371.00** |
| Account No. **172222501**<br>**Allied Collection Serv (Original Cr**<br>**3080 S Durango Dr Ste 20**<br>**Las Vegas, NV 89117** | | W | **Opened 10/08/08 Last Active 1/01/09**<br>**Collection Gregson Porteous Do** | | | | **224.00** |

___**6**___ continuation sheets attached                                          Subtotal
                                                                          (Total of this page)    **4,277.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **William Fosth,**
     **Collette Fosth**
                                                                                                                                                            Case No.  **09-26748**
                                                                              Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3499913740341553<br><br>Amex<br>P.O. Box 981537<br>El Paso, TX 79998 | | W | Opened 10/01/05  Last Active 9/01/08<br>CreditCard | | | | 3,219.00 |
| Account No. 3499915243965953<br><br>Amex<br>P.O. Box 981537<br>El Paso, TX 79998 | | W | Opened 1/01/05  Last Active 9/01/08<br>CreditCard | | | | 2,368.00 |
| Account No. 517805731713<br><br>Cap One<br>Po Box 85520<br>Richmond, VA 23285 | | H | Opened 5/17/08  Last Active 12/01/08<br>CreditCard | | | | 1,424.00 |
| Account No. 1311<br><br>Cap One<br>Pob 30281<br>Salt Lake City, UT 84130 | | C | | | | | 924.00 |
| Account No. 542270202856<br><br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | | C | Opened 5/13/98  Last Active 7/15/09<br>CreditCard | | | | 13,103.00 |

Sheet no. **1** of **6** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **21,038.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Fosth,**
       **Collette Fosth**
                                                                    Debtors                    Case No. __09-26748__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **418586483735** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | H | **Opened 12/11/06  Last Active 12/01/08** <br> **CreditCard** | | | | **1,119.00** |
| Account No. **436145870433** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | W | **Opened 10/11/00  Last Active 11/01/08** <br> **CreditCard** | | | | **928.00** |
| Account No. **588896415038** <br><br> **Chase-Pier** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | W | **Opened 4/10/07  Last Active 5/01/09** <br> **CreditCard** | | | | **192.00** |
| Account No. **780-00** <br><br> **GEMB Chevron** | C | | | | | | **100.00** |
| Account No. <br><br> **Greenberg Trauig** <br> **3773 Howard Hughes Pkwy # 400N** <br> **Las Vegas, NV 89169** | C | | **Pending Litigation** | | | | **Unknown** |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,339.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **William Fosth,**
**Collette Fosth**
,
Debtors

Case No. __09-26748__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gregory Bryan DDS**<br>**10120 South Eastern Avenue**<br>**Henderson, NV 89052** | | C | | | | | 1,156.00 |
| Account No.<br><br>**Gregson Porteous DO**<br>**501 South Rancho Dr.**<br>**Las Vegas, NV 89106** | | C | | | | | 215.40 |
| Account No. **4518**<br><br>**Home Depot**<br>**PO Box 689100**<br>**Des Moines, IA 50368** | | C | | | | | 10,176.00 |
| Account No. **5155930000170316**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | H | Opened 10/20/05 Last Active 12/01/08<br>CreditCard | | | | 1,486.00 |
| Account No. **5458001553469358**<br><br>**Hsbc Nv**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | H | Opened 3/30/07 Last Active 12/01/08<br>CreditCard | | | | 5,049.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **18,082.40**

In re **William Fosth,**
      **Collette Fosth**,                                             Case No. **09-26748**
                                     Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 343107519509741<br><br>Infibank<br>1620 Dodge St<br>Omaha, NE 68197 | | H | Opened 7/01/07 Last Active 12/01/08<br>CreditCard | | | | 3,926.00 |
| Account No.<br><br>Kozmary Center for Pain Management<br>2851 El Camino Road<br>Las Vegas, NV 89102 | | C | | | | | 156.70 |
| Account No. 4363332093520<br><br>Macysdsnb<br>911 Duke Blvd<br>Mason, OH 45040 | | W | Opened 4/03/07 Last Active 8/15/09<br>ChargeAccount | | | | 165.00 |
| Account No.<br><br>Mark Kabins MD<br>501 South Rancho Dr.<br>Las Vegas, NV 89106 | | C | | | | | 474.00 |
| Account No.<br><br>Medical District Surgery Center<br>2020 Goldring<br>Las Vegas, NV 89106 | | C | | | | | 790.00 |

Sheet no. **4** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal (Total of this page)     **5,511.70**

B6F (Official Form 6F) (12/07) - Cont.

In re  **William Fosth,**
       **Collette Fosth**
                                                    ,                           Case No.  **09-26748**
                                              Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Opensided MRI of Las Vegas**<br>**630 South Rancho**<br>**Las Vegas, NV 89106** | | C | | | | | 553.75 |
| Account No.<br><br>**Orchard Bank**<br>**1301 East tower Road**<br>**Schaumburg, IL 60173** | | C | | | | | 1,100.00 |
| Account No.<br><br>**PBS Anesthesia**<br>**2635 Box Canyon**<br>**Las Vegas, NV 89128** | | C | | | | | 215.00 |
| Account No.<br><br>**Silver State Schools Credit Union**<br>**POB 12037**<br>**Las Vegas, NV 89112** | | C | | | | | 4,185.00 |
| Account No. **0658**<br><br>**Washington Mutual**<br>**1301 Second Avenue**<br>**Seattle, WA 98101** | | C | | | | | 435.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **6,488.75**

In re **William Fosth, Collette Fosth**, Case No. **09-26748**

Debtors

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0345** <br><br> **Washington Mutual** <br> **1301 Second Avenue** <br> **Seattle, WA 98101** | | C | | | | | **770.00** |
| Account No. <br><br> **Wilde and Associates** <br> **208 South Jones** <br> **Las Vegas, NV 89107** | | C | **Law Suit** | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **770.00**

Total (Report on Summary of Schedules) **58,506.85**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re: **William Fosth, Collette Fosth**, Debtor(s)

Case No. **09-26748**
Chapter **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **20** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 16, 2009**    Signature **/s/ William Fosth**
**William Fosth**
Debtor

Date **September 16, 2009**    Signature **/s/ Collette Fosth**
**Collette Fosth**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.